UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

GHASSAN MAHMOUD KASSIR,

        Plaintiff,  :  **ECF CASE**

   v.

:  08 Civ. 1301 (DLC)

MICHAEL MUKAESY, et al.,

        Defendants.  :  <u>NOTICE OF APPEARANCE</u>
------------------------------------------------------------ x

TO:   Clerk of Court
        United States District Court
        Southern District of New York

     The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:  New York, New York
        February 21, 2008

        Respectfully submitted,

        MICHAEL J. GARCIA
        United States Attorney for the
        Southern District of New York

By:  /s/_____
     DAVID BOBER
     Assistant United States Attorney
     86 Chambers Street, 3rd Floor
     New York, New York 10007
     Telephone: (212) 637-2718
     Facsimile: (212) 637-2786
     Email: david.bober@usdoj.gov

To:   David A. Barnett, Esq.
        Frenkel, Hershkowitz & Shafran LLP
        16 East 34th Street, 16th Floor
        New York, NY 10016