MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: DAVID BOBER
Assistant United States Attorney
86 Chambers Street, 3d Floor
New York, NY 10007
Tel. No.: (212) 637-2718
david.bober@usdoj.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
GHASSAN MAHMOUD KASSIR,

        Plaintiff,

v.

ATTORNEY GENERAL MICHAEL MUKASEY,
et al.,

        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

STIPULATION AND
ORDER OF TRANSFER

08 Civ. 1301 (DLC)

IT IS STIPULATED AND AGREED, by and between the parties, that the above-captioned action be, and hereby is, transferred to the United States District Court for the Eastern District of New York, pursuant to 8 U.S.C. § 1447(b) and 28 U.S.C. § 1631.

Dated: New York, New York
      March 17, 2008

FRENKEL & HERSHKOWITZ & SHAFRAN
Attorneys for Plaintiff

By: _____
DAVID A. BARNETT
16 E. 34th Street
New York, NY 10016
Tel. No.: (212) 679-4666

Dated: New York, New York
      March __, 2008

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendants

By: _____
DAVID BOBER
Assistant United States Attorney
86 Chambers Street, 4th Floor
New York, NY 10007
Tel. No.: (212) 637-2718

SO ORDERED:

_____
Honorable Denise L. Cote
United States District Judge
March 18, 2008